

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Johnny Blanchard Williamson,   * From the 35th District Court
              of Brown County
              Trial Court No. CR24275.

Vs. No. 11-17-00347-CR      * November 14, 2019

The State of Texas,       * Memorandum Opinion by Wright, S.C.J.
              (Panel consists of: Bailey, C.J.,
              Stretcher, J., and Wright, S.C.J.,
              sitting by assignment)
              (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.